AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

FILED                    RECEIVED
ENTERED                  SERVED ON
                         COUNSEL/PARTIES OF RECORD

MAR 1 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

|  |  |
|---|---|
| United States of America | ) |
| v. | )    Case No.  2:22-mj-175-EJY |
|  | ) |
| CESAR DANIEL REYES-RODRIGUEZ | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| **Place:** Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach, U.S. Magistrate Judge | **Courtroom No.:**    3D<br><br>**Date and Time:**    March 18, 2022 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     March 11, 2022

_____
*Judge's signature*

ELAYNA J.  YOUCHAH, U.S. Magistrate Judge
*Printed name and title*