XAVIER GONZALES
Nevada State Bar No. 1868
8440 W Lake Mead Blvd. Suite 201
Las Vegas, Nevada 89128
(702) 388-8181/Phone
(702) 388-2968/Fax
Attorney for Cesar Daniel Reyes-Rodriguez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR DANIEL REYES RODRIGUEZ,<br><br>Defendant. | CASE NO: 2:22-cr-00059-RFB-VCF<br><br>ORDER to **CONTINUE INITIAL APPEARANCE, ARRAIGNMENT, PLEA AND DETENTION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Xavier Gonzales, retained private counsel for Cesar Daniel Reyes-Rodriguez, that the initial appearance, arraignment, plea and detention Hearing currently scheduled for March 24, 2022, at 2:30 p.m., be vacated and continued to March 30, 2022 preferably in the morning or for a date and time convenient to the Court, but no later than fifteen (15) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Cesar Daniel Reyes-Rodriguez is scheduled for a follow up medical appointment on March 23, 2022, at 1:30 p.m. in Henderson due to his recent surgical discectomy at C4, C5, and C6 and may not be able to at the court in time for the hearing.

2. Defendant is in custody and does not object to a continuance.

3. The government does not object to a continuance.

4. Additionally, due to counsel for Cesar Daniel Reyes-Rodriguez's medical restrictions due to his discectomy it is requested that he is permitted to appear by video at the following hearings for Defendant.

This is the first request for continuance filed herein.

DATED this 23rd day of March, 2022.

*/s/ Xavier Gonzales*
By_____
XAVIER GONZALES
Retained Private Counsel

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Jared Grimmer*
By_____
JARED GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CESAR DANIEL REYES-RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO: 2:22-cr-00059-RFB-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS FURTHER ORDERED that the initial appearance, arraignment, plea and detention hearing currently scheduled on March 23, 2022 at the hour of 2:30 p.m., be vacated and continued to March 30, 2022, at 2:30 p.m., Courtroom 3B via zoom.

IT IS FURTHER ORDERED that counsel for Defendant shall be permitted to appear by video unless otherwise ordered by the court.

DATED this 24th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3