**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00059-CDS-VCF |
| Plaintiff | **Order Approving Stipulation to Continue Revocation of Supervised Release Hearing** |
| v. | |
| CESAR DANIEL REYES-RODRIGUEZ, | [ECF No. 58] |
| Defendant | |

Based on the stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for March 3, 2026 at 10:00 a.m., is vacated and continued to May 5, 2026, at 10:00 a.m., in LV Courtroom 6B.

Dated: February 12, 2026

_____
UNITED STATES DISTRICT JUDGE